**No. 57290.**—Hostos M. Gallardo *v.* United States, protest 194549–K (San Juan, P. R.).

Opinion by JOHNSON, J. At the trial, Government counsel conceded that in an investigation made by the collector's office it was ascertained that a mistake had

been made and that actually no 30-foot bars were imported. In view of the concessions made, the collector was directed to reliquidate the entry and figure the duty on the basis of the weight of a 20-foot bar for the entire shipment and to refund all duties taken in excess.